**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-7169**

───────────

RICARDO EDWIN LANIER,

       Plaintiff - Appellant,

    v.

CALEB WYCOFF, Sheriff Officer, in their individual and official capacity; ANTONIO SORIANO, Detention Officer, in their individual and official capacity,

       Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:22-cv-00120-MR)

───────────

Submitted:  October 10, 2024                Decided:  October 15, 2024

───────────

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ricardo Edwin Lanier, Appellant Pro Se.  Sean Francis Perrin, WOMBLE BOND DICKINSON (US) LLP, Charlotte, North Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo Edwin Lanier appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Lanier v. Wycoff*, No. 1:22-cv-00120-MR (W.D.N.C. Nov. 7, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2